**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6372

CATHERINE D. RANDOLPH,

                    Plaintiff - Appellant,

          v.

CLIFTON T. PERKINS HOSPITAL CENTER,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J.  Frederick  Motz,  District Judge. (1:10-cv-00284-JFM)

Submitted:  August 11, 2010        Decided:  September 14, 2010

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Catherine D. Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine D. Randolph appeals the district court's orders dismissing her civil complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Randolph v. Clifton T. Perkins Hosp. Ctr., No. 1:10-cv-00284-JFM (D. Md. Feb. 19, 2010). We deny Randolph's emergency petition for review, as well as her motions for appointment of counsel, stay pending appeal, and an expedited decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED